Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 23-17490 / MBK

Bernadette M. Miranda

Petition Filed Date: 08/28/2023
341 Hearing Date: 09/28/2023
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 10/03/2023 | $300.00 | | 10/30/2023 | $300.00 | | 12/01/2023 | $300.00 | |
| 01/03/2024 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $1,200.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $1,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Bernadette M. Miranda | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq. | Attorney Fees | $4,670.00 | $0.00 | $4,670.00 |
| | | No Disbursements: No Check | | | |
| 1 | DLJ MORTGAGE CAPITAL INC | Mortgage Arrears | $263,298.94 | $0.00 | $0.00 |
| | »» P/741 MEHAR COURT/1ST MTG | | | | |
| 2 | US BANK NATIONAL ASSOCIATION | Mortgage Arrears | $24,860.26 | $0.00 | $0.00 |
| | »» P/741 MEHAR CT/2ND MTG | Hold Funds: Late Filed Claim | | | |

**Chapter 13 Case No. 23-17490 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $99.60 | Arrearages: | $300.00 |
| Funds on Hand: | $1,100.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

