Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  23−17490−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernadette M. Miranda
   aka Bernadette Miranda
   741 Mehar Ct
   Toms River, NJ 08753−4395

Social Security No.:
   xxx−xx−2645

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 16, 2024.

Dated: February 20, 2024
JAN: bwj

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17490-MBK |
| Bernadette M. Miranda | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |
| 520010316 | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 520010318 | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520010322 | Township Of Toms River, 33 Washington St, Toms River, NJ 08753-7642 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2024 23:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2024 23:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520010299 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 20 2024 23:24:00 | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 520010300 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:31:21 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520010301 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:41:45 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520010302 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2024 23:26:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520010303 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2024 23:26:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 520010313 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:31:08 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520010304 | Email/Text: nculp@firstffcu.com | Feb 20 2024 23:27:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520010305 | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 20 2024 23:24:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010306 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 20 2024 23:26:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520010308 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 20 2024 23:26:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520010310 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:31:02 | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520074743 | + Email/Text: mtgbk@shellpointmtg.com | | |

| Recip ID | Bypass Reason | Date/Time | Method | Name and Address |
|---|---|---|---|---|
| | | Feb 20 2024 23:25:00 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Attn: Recovery Dept., P. O. Box 19024, Greenville, SC 29602-9024 |
| 520010319 | | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Feb 20 2024 23:27:00 | | SPS Portfoloio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520073679 | | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Feb 20 2024 23:27:00 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520010321 | | | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Feb 20 2024 23:24:00 | | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010323 | | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Feb 20 2024 23:25:00 | | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 520010324 | | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Feb 20 2024 23:25:00 | | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520010317 | | Nj Manufacturers Ins Co |
| 520026015 | | Nj Manufacturers Ins Co |
| 520025997 | * | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 520025998 | * | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520025999 | * | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520026000 | * | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520026001 | * | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 520010314 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520010315 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026011 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026012 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026013 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026002 | * | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520026003 | * | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010307 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520026004 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520026005 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520010309 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520026006 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520026007 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520010311 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520010312 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026008 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026009 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026010 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026014 | * | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 520026017 | * | SPS Portfoloio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520026016 | * | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520026018 | * | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 520026019 | * | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 520026020 | * | Township Of Toms River, 33 Washington St, Toms River, NJ 08753-7642 |
| 520026021 | * | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 520026022 | * | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 520010320 | ## | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 2 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 23

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4