Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17490−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bernadette M. Miranda
    aka Bernadette Miranda
    741 Mehar Ct
    Toms River, NJ 08753−4395

Social Security No.:
    xxx−xx−2645

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 16, 2024.

On July 3, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           August 14, 2024
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 8, 2024
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Bernadette M. Miranda  
    Debtor

Case No. 23-17490-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 08, 2024      Form ID: 185      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |
| 520010316 | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 520010318 | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520010322 | Township Of Toms River, 33 Washington St, Toms River, NJ 08753-7642 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520010299 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 08 2024 20:44:00 | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 520010300 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2024 21:05:45 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520010301 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2024 21:05:22 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520010302 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2024 20:45:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520010303 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2024 20:45:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 520010313 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2024 21:05:27 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520010304 | Email/Text: nculp@firstffcu.com | Jul 08 2024 20:45:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520010305 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 08 2024 20:44:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010306 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 08 2024 20:45:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520010308 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 08 2024 20:45:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520010310 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2024 20:54:39 | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520074743 | + Email/Text: mtgbk@shellpointmtg.com | | |

|  |  |  |  |
|---|---|---|---|
| | | Jul 08 2024 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Attn: Recovery Dept., P. O. Box 19024, Greenville, SC 29602-9024 |
| 520010319 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jul 08 2024 20:45:00 | | SPS Portfoloio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520073679 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jul 08 2024 20:45:00 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520010321 | Email/Text: Atlanticus@ebn.phinsolutions.com Jul 08 2024 20:44:00 | | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010323 | Email/Text: TFS_Agency_Bankruptcy@toyota.com Jul 08 2024 20:44:00 | | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 520010324 | Email/Text: TFS_Agency_Bankruptcy@toyota.com Jul 08 2024 20:44:00 | | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520010317 | | Nj Manufacturers Ins Co |
| 520026015 | | Nj Manufacturers Ins Co |
| 520025997 | * | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 520025998 | * | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520025999 | * | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520026000 | * | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520026001 | * | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 520010314 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520010315 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026011 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026012 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026013 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026002 | * | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520026003 | * | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010307 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520026004 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520026005 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520010309 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520026006 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520026007 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520010311 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520010312 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026008 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026009 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026010 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026014 | * | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 520026017 | * | SPS Portfoloio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520026016 | * | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520026018 | * | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 520026019 | * | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 520026020 | * | Township Of Toms River, 33 Washington St, Toms River, NJ 08753-7642 |
| 520026021 | * | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 520026022 | * | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 520010320 | ## | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 2 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 08, 2024 | Form ID: 185 | Total Noticed: 23 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5