**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE:<br>Bernadette M. Miranda aka Bernadette Miranda<br>Debtor.<br><br>_____/ | CASE NO.: 23-17490-MBK<br>**CHAPTER 13** |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. BANK TRUST NATIONAL ASSOCIATION,</u><br><u>NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY</u><br><u>AS OWNER TRUSTEE FOR RCF 2 ACQUISITION</u><br><u>TRUST</u><br>Name of Transferee | <u>DLJ Mortgage Capital, Inc.</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>Attn: BK Dept<br>3501 Olympus Boulevard<br>5th Floor, Suite 500<br>Dallas, Texas  75019 | Court Claim # (if known): 1-1<br>Amount of Claim: $630,193.28<br>Date Claim Filed: 11/6/2023 |
| Phone: <u>877-735-3637</u><br>Last Four Digits of Acct #: <u>1705</u> | Phone: <u>1-800-258-8602</u><br>Last Four Digits of Acct #: <u>0730</u> |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance, LP
Attn: BK Dept
3501 Olympus Boulevard
Dallas, Texas  75019

Phone: <u>877-735-3637</u>
Last Four Digits of Acct #: <u>1705</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Kimberly Wilson                    Date: 08/05/2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   August 6, 2024   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Bernadette M. Miranda
741 Mehar Ct
Toms River, NJ 08753-4395

And via electronic mail to:

Daniel E. Straffi
Straffi & Straffi, LLC
670 Commons Way
Toms River, NJ 08755

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Justine Bennett
Justine Bennett
Email: Jusbennett@raslg.com