Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17490−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernadette M. Miranda
   aka Bernadette Miranda
   741 Mehar Ct
   Toms River, NJ 08753−4395

Social Security No.:
   xxx−xx−2645

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 11, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bernadette M. Miranda  
Debtor

Case No. 23-17490-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 11, 2024      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |
| 520010316 | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 520010322 | Township Of Toms River, 33 Washington St, Toms River, NJ 08753-7642 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 11 2024 20:47:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520010299 | | EDI: HFC.COM | Sep 12 2024 00:34:00 | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 520010300 | | EDI: CITICORP | Sep 12 2024 00:34:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520010301 | | EDI: CITICORP | Sep 12 2024 00:34:00 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520010302 | | EDI: WFNNB.COM | Sep 12 2024 00:34:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520010303 | | EDI: WFNNB.COM | Sep 12 2024 00:34:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 520010313 | | EDI: CITICORP | Sep 12 2024 00:34:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520010304 | | Email/Text: nculp@firstffcu.com | Sep 11 2024 20:49:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520010305 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 11 2024 20:47:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010306 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 11 2024 20:49:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520010308 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 11 2024 20:49:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |

Case 23-17490-MBK  Doc 40  Filed 09/13/24  Entered 09/14/24 00:17:53  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520010310 | + | EDI: CITICORP | Sep 12 2024 00:34:00 | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520074743 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 11 2024 20:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Attn: Recovery Dept., P. O. Box 19024, Greenville, SC 29602-9024 |
| 520010319 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2024 20:49:00 | SPS Portfoloio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520073679 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2024 20:49:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520010318 | | Email/Text: mtgbk@shellpointmtg.com | Sep 11 2024 20:47:00 | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520010321 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 11 2024 20:47:00 | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010323 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 11 2024 20:47:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 520010324 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 11 2024 20:47:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 520354079 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2024 20:47:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Boulevard, 5th Floor, Suite 500, Dallas, Texas 75019-6156 |
| 520382739 | + | Email/Text: RASEBN@raslg.com | Sep 11 2024 20:47:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520010317 | | Nj Manufacturers Ins Co |
| 520026015 | | Nj Manufacturers Ins Co |
| 520025997 | * | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 520025998 | * | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520025999 | * | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520026000 | * | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520026001 | * | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 520010314 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520010315 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026011 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026012 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026013 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520026002 | * | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 520026003 | * | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520010307 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520026004 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520026005 | *+ | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 520010309 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520026006 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520026007 | * | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 520010311 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520010312 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: 148 | Total Noticed: 26 |

| | | |
|---|---|---|
| 520026008 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026009 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026010 | *+ | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520026014 | * | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 520026017 | * | SPS Portfoloio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520026016 | * | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 520026018 | * | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 520026019 | * | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 520026020 | * | Township Of Toms River, 33 Washington St, Toms River, NJ 08753-7642 |
| 520026021 | * | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 520026022 | * | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 520354080 | *+ | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Boulevard, 5th Floor, Suite 500, Dallas, Texas 75019-6156 |
| 520010320 | ## | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 2 Undeliverable, 32 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 13, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Daniel E. Straffi
    on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST kimwilson@raslg.com

Kimberly A. Wilson
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7