UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on September 11, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Bernadette M. Miranda

Debtor(s)

Case No.: 23-17490 / MBK

Chapter 13

Hearing Date: 7/10/2024  at 9:00 AM

Judge: Michael B. Kaplan

**CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 1 of 2

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed
14 days of the date of this order by any administrative claimant for funds on hand with the Chapte
Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan
shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining
attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court
order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated
and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the dat
this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17490-MBK |
| Bernadette M. Miranda | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                        User: admin                                        Page 2 of 2
Date Rcvd: Sep 11, 2024                          Form ID: pdf903                          Total Noticed: 1
TOTAL: 7